DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
CELESTE SANTH REIMANN
###-##-7598
                Debtor(s)

Case No.: 09-1-3448 AJ13

CHAPTER 13 TRUSTEE'S STATEMENT OF INVESTIGATION

The Chapter 13 Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §1302(c).

1. The business examination consisted of the review of the following documentation after the 341 Meeting of Creditors:

    a. Statement of Affairs and Schedules
    b. Tax returns for the years: 2008
    c. Evidence of insurance: Farmer's Property Insurance
    d. License: Cosmetology License, Seller's Permit
    e. Bank statements dated: April through September 2009

2. The 341 Meeting of Creditors was held on 11/17/2009.
3. Nature of Debtor's business: Hair Stylist
4. Debtor's business is a Sole Proprietorship.
5. Debtor is the Owner.
6. Years of operation of Debtor's business: 13 years
7. Number of employees (excluding Debtors): none
8. Statement of Financial Affairs, Questions 1 – 15 were answered completely.
9. Statement of Financial Affairs, Questions 16 – 21 were answered completely.
10. The Schedules are complete.
11. All required State, Local, Federal tax returns have been filed.
12. All information requested by the Trustee was provided.
13. Additional documents requested at the 341 Meeting of Creditors: none
14. Debtor's has $1,000.00 business assets.
15. The total fair market value of the business as an ongoing concern is approximately $1,000.00.
16. The Debtor's average monthly gross receipts are $835.33.

Date:  February 16, 2010

David Burchard
David Burchard
Chapter 13 Trustee